

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00345-CR

Steven Xzavier **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR4174
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 22, 2024.

_____
Irene Rios, Justice